United States District Court
Southern District of Texas
**ENTERED**
July 10, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BABU K. THOMAS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-3157 |
| | § | |
| LOUIS DEJOY, POSTMASTER GENERAL, | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 23, 2023 (Dkt. 13) and the objections thereto (Dkt. 17), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. In accordance with the Memorandum and Recommendation and the subsequent Order granting an extension of time (Dkt. 16), Plaintiff filed an Amended Complaint on July 6, 2023. Thus, the Amended Complaint is now Plaintiff's active pleading in this case.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __10th__ day of July, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE