United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BABU THOMAS, *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv3157 |
| LOUIS DEJOY, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, *Defendant.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 12, 2025 (Dkt. 54) and the objections thereto (Dkt. 66), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Louis DeJoy's Motion for Summary Judgment (Dkt. 39) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this __14th__ day of March, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE