IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BABU THOMAS, *Plaintiff*, | § § § |
| V. | § § CIVIL ACTION NO. 4:22cv3157 |
| LOUIS DEJOY, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, *Defendant*. | § § § § |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED** in their entirely **WITH PREJUDICE** and Plaintiff shall take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this ___14th___ day of March, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE