United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BABU THOMAS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv3157 |
| LOUIS DEJOY, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, *Defendant.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 1, 2025 (Dkt. 73) and the objections thereto (Dkt. 74), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Plaintiff Babu Thomas' Objections to the Bill of Costs (Dkt. 70) are **OVERRULED** and the Motion for Post-Judgment Relief and Reconsideration (Dkt. 69) are **DENIED**.

**SIGNED** at Houston, Texas this 20th day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE